**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | |
|---|---|
| ROBERSON EXCAVATION, INC., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>DALE COUNTY WATER )<br>AUTHORITY and CDG )<br>ENGINEERS AND ASSOCIATES, )<br>INC., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>1:15cv939-MHT<br>(WO) |

**JUDGMENT**

Upon consideration of the joint motion of plaintiff Robertson Excavation, Inc. (REI) and defendant Dale County Water Authority (DCWA) to dismiss REI's claims against DCWA (doc. no. 53), it is ORDERED that the motion is granted, and all claims against defendant DCWA are dismissed with prejudice, with REI and DCWA to each bear its own costs.  (DWCA remains a party to this action on its cross-claim against defendant CDG Engineers and Associates.)

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 22nd day of December, 2017.

                                       /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**