IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERSON EXCAVATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:15-cv-939-WKW |
| | ) | [WO] |
| DALE COUNTY WATER AUTHORITY, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

CDG Engineers and Associates, Inc.'s Motion to Dismiss Dale County Water Authority's "Counterclaim" (Doc. # 71) has been rendered moot by the filing of the First Amended Answer and Counterclaim of DCWA (Doc. # 84). Accordingly, it is ORDERED that the motion to dismiss (Doc. # 71) is DENIED as moot without prejudice to reassert in an appropriate motion applicable arguments as they pertain to the amended counterclaim.

DONE this 27th day of June, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE